## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DANNY CROWELL, ADC #087165**                                    **PLAINTIFF**

**V.**                          **No. 4:12CV00034 JMM-BD**

**LARRY MAY, et al.**                                              **DEFENDANTS**

### ORDER

Danny L. Crowell, an Arkansas Department of Correction inmate, filed a

Complaint (docket entry #2) under 42 U.S.C. § 1983, on January 18, 2012, along with an

Application to Proceed *In Forma Pauperis* (#1).  Mr. Crowell alleges that his

constitutional rights were violated at the Ouachita River Unit of the Arkansas Department

of Correction, which is located in the Western District of Arkansas.  According to the

Complaint, the events giving rise to this lawsuit occurred in Malvern, Arkansas, which is

the county seat of Hot Spring County, Arkansas.

The interests of justice would best be served by transferring this case to the United

States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and

28 U.S.C. § 1391(e).  The Clerk of Court is directed to transfer this case immediately to

the United States District Court for the Western District of Arkansas, Hot Springs

Division, 100 Reserve Street, Room 347, Hot Springs, Arkansas 71901.

IT IS SO ORDERED this 19th day of January, 2012.



UNITED STATES DISTRICT JUDGE