IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANNY L. CROWELL                                                                                       PLAINTIFF

vs.                                             Civil No. 12-CV-6012

LARRY MAY; WARDEN REED;
SERGEANT HEIDE;
and CORPORAL SCHMITT                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 8, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12). Judge Marschewski recommends that Defendants' Motion to Dismiss (ECF No. 9) be granted and that the above-styled case be dismissed with prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. The Court finds that Defendant's Motion to Dismiss (ECF No. 12) should be and hereby is **GRANTED** and the above-styled case is **DISMISSED WITH PREJUDICE**. This dismissal will count as a strike under the Prison Litigation Reform Act, and the Clerk should be directed to place a §1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 5th day of March, 2013.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge